# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

United States of America
v.

KEDARIOUS BELL

*Defendant*

Case No. **3:26-00180 Judge Trauger**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* KEDARIOUS BELL ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ❐ Superseding Indictment ❐ Information ❐ Superseding Information ❐ Complaint

❐ Probation Violation Petition ❐ Supervised Release Violation Petition ❐ Violation Notice ❐ Order of the Court

This offense is briefly described as follows:

Conspiracy to knowingly distribute and possess with intent to distribute narcotics in violation of 21 U.S.C., Section 846;
Distribution and Possession of narcotics with the intent to distribute them in violation of 21 U.S.C., Section 841;
Possession of a firearm during the course of a drug trafficking crime in violation of 18 U.S.C. 924(c)

Date: **8/5/2026**

*Issuing officer's signature*

City and state: NASHVILLE, TN

**Dalaina Thompson, Case Administrator**

*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________ at *(city and state)* ________ . |
| Date: ________ *Arresting officer's signature* |
| *Printed name and title* |

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: ____________________

Known aliases: ____________________

Last known residence: ____________________

Prior addresses to which defendant/offender may still have ties: ____________________

Last known employment: ____________________

Last known telephone numbers: ____________________

Place of birth: ____________________

Date of birth: ____________________

Social Security number: ____________________

Height: ____________________ Weight: ____________________

Sex: ____________________ Race: ____________________

Hair: ____________________ Eyes: ____________________

Scars, tattoos, other distinguishing marks: ____________________

History of violence, weapons, drug use: ____________________

Known family, friends, and other associates *(name, relation, address, phone number)*: ____________________

FBI number: ____________________

Complete description of auto: ____________________

Investigative agency and address: ____________________

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ____________________

Date of last contact with pretrial services or probation officer *(if applicable)*: ____________________